**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-6671**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DAVID MCDOWELL ROBINSON,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge. (1:07-cr-00087-RDB-1; 1:14-cv-03425-RDB)

———————

Submitted: September 29, 2016      Decided: October 4, 2016

———————

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

David McDowell Robinson, Appellant Pro Se. Jefferson McClure Gray, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David McDowell Robinson appeals the district court's order denying relief on his motion to vacate, motion for a certificate of appealability, and other related motions challenging his criminal convictions. Robinson has failed to show reversible error on appeal or establish grounds for a certificate of appealability. A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

Thus, we deny a certificate of appealability, deny Robinson's motion for bail or release pending appeal, and dismiss. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

2

before this court and argument would not aid the decisional process.

DISMISSED